# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:21-cr-00058-JAD-EJY |
| vs. | **ORDER** |
| MARIA BALTAZAR, | |
| Defendant. | |

Before the Court is the Motion to Modify Terms of Pre-Trial Release (ECF NO. 113).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Motion to Modify Terms of Pre-Trial Release (ECF NO. 113) must be filed on or before May 24, 2021.

DATED this 17th day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE